UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA – EASTERN JUDICIAL DISTRICT

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>ERIC ULYSSES THORNTON LAWRENCE<br>Defendant(s). | CASE NUMBER: 04cr-0491<br><br>SUBSTITUTION OF ATTORNEY |

**ERIC ULYSSES THORNTON LAWRENCE** ☐ Plaintiff  ☑ Defendant  ☐ Other
*(Name of Party)*

Hereby substitutes **BARRY O. BERNSTEIN (LAW OFFICES OF BARRY O. BERNSTEIN),**

who is ☑ Retained Counsel  ☐ Counsel appointed by the Court  ☐ Pro Per

3727 W. Magnolia Blvd., #767,                Burbank, California 91510
*(Street Address)*                            *(City, State, Zip)*

(818) 558-1717            (818) 526-7672                    43230
*(Telephone Number)*      *(FAX Number)*                   *(State Bar Number)*

as attorney of record in place and stead of **Michael Bigelow, ATTORNEY**
                                            *(Present Attorney)*

Dated: 06/21/2006                    *Erik Lawrence*
                                     *Signature of Party*

I have given proper notice pursuant to ~~Local Rule 2.8~~ and further consent to the above substitution.

Dated 06/21/2006                     *Michael Bigelow*
                                     *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 2.3.

Dated: 06/21/2006                    *Barry O Bernstein*
                                     *Signature of New Attorney*

**Substitution of Attorney is hereby**  ☑ **APPROVED**  ☐ ~~DENIED~~

Dated  6-22-06                       *[signature]*
                                     United States District Judge

G-1 (09/97)            SUBSTITUTION OF ATTORNEY