Barry O. Bernstein, SBN 43230
Law Offices of Barry O. Bernstein
3727 W. Magnolia Street, #767
Burbank, California 91505
Telephone: (818) 558-1717
Facsimile: (818) 526-7672

Attorney for Defendant, **ERIC LAWRENCE**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC LAWRENCE,<br><br>　　　　Defendant | Case No.: CRS-04-0491-FCD<br><br>**MOTION & ORDER FOR COURT PERMISSION TO TRAVEL OUTSIDE OF THE JURISDICTION WHILE OUT OF CUSTODY ON BAIL**<br><br>Courtroom: 2 |

TO THE HONORABLE FRANK C. DAMRELL, Jr. OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

　　The defendant, ERIC LAWRENCE, posted bond and was released on bail on March 10, 2005.  ERIC LAWRENCE requests permission to travel outside of the jurisdiction of this court.

　　1. Currently there are no scheduled court dates for the above matter.

　　2. Pretrial Officer Sam Hernandez has no objections for Dr. Lawrence to leave court's jurisdiction and travel to Texas for approximately a week.

Ex Parte Order

- 1

1 | Accordingly, defense counsel requests that this court issue an order granting Dr. Lawrence permission to travel outside of the jurisdiction of this court.

Dated: June 1, 2006

Respectfully submitted,

*Barry O. Bernstein*

Barry O. Bernstein
Law offices of Barry O. Bernstein

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC LAWRENCE<br><br>　　　　Defendant | Case No.: CRS-04-0491-FCD<br><br>**MOTION & ORDER FOR COURT PERMISSION TO TRAVEL OUTSIDE OF THE JURISDICTION WHILE OUT OF CUSTODY ON BAIL**<br><br>Courtroom: 2 |

TO THE HONORABLE FRANK C. DAMRELL, Jr. OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

　　Upon motion of the defendant herein, and good cause appearing therefore, it is hereby ordered that the above-named defendant, ERIC LAWRENCE, be allowed to travel outside of the court's jurisdiction.

Dated: June 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
For Honorable Frank C. Damrell Jr.

---

Ex Parte Order

- 3