UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR S-04-0491-02 FCD |
| v. | |
| ERIC LAWRENCE, | CASE REASSIGNMENT ORDER |
| Defendant. | |

Due to the unavailability of the undersigned, because of an older criminal trial that will be in progress, I have ascertained whether the United States District Judge Edward J. Garcia is available to try the above captioned criminal case. Judge Garcia has indicated he is willing to preside over this case. For the stated reason, I request that this case be reassigned to Judge Garcia pursuant to Local Rule, Appendix A(f)(1).

DATED: October 25, 2006.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge

I accept this reassignment. If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominate CR S-04-0491 EJG.

A Status Conference is scheduled for Friday, November 17, 2006, at 10:00 a.m. in Courtroom 8. The defendant is ordered to make an initial appearance before the Honorable Edward J. Garcia on this date.

The court is cognizant that time has been excluded under the Speedy Trial Act under local code T4 to the date of November 20, 2006. If the parties wish to continued and/or change the date of the status conference, the parties shall submit a stipulation and order with the new date and another exclusion of time. All questions and/or requests for continuances are referred to the Courtroom Deputy, Colleen Lydon, at (916) 930-4225.

DATED: October 25, 2006

EDWARD J. GARCIA
United States District Judge

The reassignment of this case to the Honorable Edward J. Garcia is approved. The Clerk of the Court shall make the appropriate adjustments in the assignment of criminal cases to reflect this reassignment.

DATED: October 30, 2006.

DAVID F. LEVI
Chief United States District Judge

2