UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

ERIC LAWRENCE,

    Defendant.

Case No.: CR S-04-0491 EJG

**ORDER TO CONTINUE STATUS CONFERENCE**

NEW STATUS CONFERENCE DATE: January 19, 2007, 10:00 am

**BASED ON THE FOREGOING AND ATTACHED STIPULATION TO CONTINUE STATUS CONFERENCE SUBMITTED BY DEFENSE COUNSEL BARRY O. BERNSTEIN AND AUSA JOHN VINCENT, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND RULES AS FOLLOWS:**

The Status Conference in the above-captioned action is continued from November 17, 2006 to January 19, 2007 at 10:00 am.

    For the purpose of computing time within which trial must commence under the Speedy Trial Act, 18 USC sections 3161 et seq., the period from the current trial date to a new trial date is deemed excludable pursuant to 18 USC 3161, because it results from a continuance granted by the Court on the basis of the above-stated stipulated facts of the parties. Such facts are adopted by the court and are incorporated herein as though fully set forth.

Dated: Nov. 16, 2006    /s/ Edward J. Garcia
    The Honorable Edward J. Garcia
    United States District Court Judge