Barry O. Bernstein, SBN 43230
Law Offices of Barry O. Bernstein
3727 W. Magnolia Street, #767
Burbank, California 91505
Telephone: (818) 558-1717
Facsimile: (818) 526-7672

Attorney for Defendant, **ERIC LAWRENCE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC LAWRENCE,<br><br>　　　　Defendant | Case No.: CRS-04-0491-FCD<br><br>**MOTION & ORDER FOR COURT PERMISSION TO TRAVEL OUTSIDE OF THE JURISDICTION WHILE OUT OF CUSTODY ON BAIL**<br><br>Courtroom: 8 |

TO THE HONORABLE EDWARD J. GARCIA OF THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

　　　ERIC LAWRENCE requests permission to travel outside of the jurisdiction of this court to Las Vegas, Nevada for the purpose of getting married. He is scheduled to travel from Los Angeles to Las Vegas on December 22, 2006 and returning on December 24, 2006.

1. The defendant, ERIC LAWRENCE, posted bond and was released on bail on March 10, 2005.

2. Currently the next court date is scheduled for January 19th, 2007 which is a Trial Setting Conference before this court.

3. Defendant has never failed to appear on this or any matter.

4. This office contacted A.U.S.A. John Vincent on December 19th, 2006 and was advised that he does not object to this request.

5. This office also contacted Pre Trial Officer Sam Hernandez and was advised that he does not object to this request.

Accordingly, defense counsel requests that this court issue an order granting ERIC LAWRENCE permission to travel outside of the jurisdiction of this court.

Dated: December 19, 2006                                   Respectfully Submitted,


                                                           /s/   Barry O. Bernstein, Attorney
                                                           Law Offices of Barry O. Bernstein

Barry O. Bernstein, SBN 43230
Law Offices of Barry O. Bernstein
3727 W. Magnolia Street, #767
Burbank, California 91505
Telephone: (818) 558-1717
Facsimile: (818) 526-7672

Attorney for Defendant, **ERIC LAWRENCE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC LAWRENCE,<br><br>    Defendant | Case No.: CRS-04-0491-FCD<br><br>**MOTION & ORDER FOR COURT PERMISSION TO TRAVEL OUTSIDE OF THE JURISDICTION WHILE OUT OF CUSTODY ON BAIL**<br><br>Courtroom: 8 |

TO THE HONORABLE EDWARD J. GARCIA OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

    Upon motion of the defendant herein, and good cause appearing therefore, it is hereby ordered that the above-named defendant, ERIC LAWRENCE, be allowed to travel outside of the court's jurisdiction form December 22, 2006 to December 24, 2006.


Dated: December 19, 2006         /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, Judge